# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

RICHARD MORRIS, )
)
        Plaintiff, )
vs. ) 1:06-cv-128-JDT-WTL
)
JAMES H. DREW CORP., )
)
        Defendant. )

## Entry Directing Further Proceedings

The plaintiff's request that the court assist him in serving process on the defendant is **granted.** The court shall issue and serve process on this defendant in the manner prescribed by *Fed. R. Civ. P.* 4(d)(2). Process shall consist of the complaint, applicable forms (1A and 1B) and this Entry.

**IT IS SO ORDERED.**

Date: 01/31/2006

John Daniel Tinder, Judge
United States District Court

Copies to:

Richard E. Morris
445 E. State Road 42
Mooresville, IN 46158

James H. Drew Corporation
8701 Zionsville Road
Indianapolis, IN 46268

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.

Dockets.Justia.com