UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICHARD MORRIS, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JAMES H. DREW CORP., )<br>)<br>Defendant. ) | 1:06-cv-128-JDT-WTL |

**Entry Directing Further Proceedings**

The plaintiff's request that the court assist him in serving process on the defendant is **granted.** The court shall issue and serve process on this defendant in the manner prescribed by *Fed. R. Civ. P.* 4(d)(2). Process shall consist of the complaint, applicable forms (1A and 1B) and this Entry.

**IT IS SO ORDERED.**

Date: 01/31/2006

John Daniel Tinder, Judge
United States District Court

Copies to:

Richard E. Morris
445 E. State Road 42
Mooresville, IN 46158

James H. Drew Corporation
8701 Zionsville Road
Indianapolis, IN 46268

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.